**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
CATHERINE KASSENOFF,

                       Plaintiff,

    -against-                                    22 **CIVIL** 2162 (KMK)

                                                          **JUDGMENT**

ALLAN KASSENOFF, CONSTATINE G.
DIMOPOULOS, AND DIMOPOULOS
BRUGGEMANN PC,

                       Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2023, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

       March 28, 2023

                                                           **RUBY J. KRAJICK**

                                                             _____
                                                              **Clerk of Court**

                                     **BY:**      *K. Mango*

                                                             _____
                                                              **Deputy Clerk**